**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan Luis PADILLA–PEREZ, also known as Alejandro Padilla–Perez, also known as Victor Manuel Padilla–Perez, Defendant–Appellant.**

**No. 07–10397**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 8, 2007.

Denise B. Williams, U.S. Attorney's Office, Northern District of Texas Lubbock, TX, for Plaintiff–Appellee.

Helen Miller Liggett, Assistant Federal Public Defender, Federal Public Defender's Office, Northern District of Texas, Lubbock, TX, for Defendant–Appellant.

---

Before DENNIS, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Juan Luis Padilla–Perez raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.